# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RENE SILVEIRA, et al, | CASE NO. 1:11-cv-02035-LJO-JLT PC |
| Plaintiffs, | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| v. | (ECF No. 1) |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |

Plaintiff Young Yil Jo is a federal prisoner currently housed at the Big Spring Federal Correctional Institution in Big Spring, Texas.  While this action is brought in the name of William Rene Silveira and Young Yil Jo, the Court recognizes the handwriting and substance of the complaint to be brought by Young Yil Jo.  To date, Plaintiff has filed over one-hundred fifty civil cases in this district.  The complaint filed in this action  is not signed and it sets forth no intelligible claims for relief, and fails to state any cognizable claims under federal law.  Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly,  550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007).  Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

While a non-attorney proceeding pro se may bring his own claims to court, he may not represent others.  E.g., Simon v. Hartford Life, Inc., 546 F.3d 661, 664-65 (9th Cir. 2008); Fymbo, 213 F.3d at 1321; Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).  Plaintiff Jo may not bring this

action on behalf of Plaintiff Hernandez.  If Plaintiff Silveira wishes to bring a claim he shall file a separate lawsuit including a signed complaint.

Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE. IT IS SO ORDERED.

**Dated:**   **December 13, 2011**                **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE